Monte J. White & Associates, P.C.
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
LAWTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| Robert Edward Lee, Jr. | § | Case No.  09-13964-13 |
| Kimberly Ann Lee | § | Chapter 13 |
| Debtor(s) | § | |

DEBTOR(S) MOTION TO EXTEND AUTOMATIC STAY

Come Now Debtors, by counsel, and for this Motion state as follows:

1. Debtor(s) filed for relief under Chapter 13 in the Northern District of Texas.  This is a core proceeding.

2. Debtor was a debtor in a prior case during the preceding year.  To-wit: Chapter 13, Case No. 07-13289-NLJ-13 filed on 9/12/2007.

3. Debtor(s) seek an extension of the automatic stay imposed for 30-days pursuant to 11 U.S.C. §362(c)(3)(A), as to all creditors until further order or discharge to effectuate an orderly reorganization, pursuant to 11 U.S.C. §362(c)(3)(B).

4. Debtor(s) prior case was dismissed for:  Debtors were plagued with numerous medical afflictions in the past year. In July 2008, Debtors' daughter was ordered to undergo a battery of tests for gallbladder attacks. In September 2008, Debtor suffered from chest pains and doctors ordered several cardiac tests. Prior to our first filing, Joint Debtor lost an eye due to cancer, and in March 2009, she had to replace her prosthetic eye due to infection. Joint Debtor is also seeing an orthopedist, who prescribed a series of Viscus shots in April 2009, in order to delay knee surgery. In May 2009, Debtors' daughter was admitted to the hospital for another gallbladder attack. She eventually had surgery in June 2009.

5. The following change(s) of circumstances demonstrate that the Debtor(s) can perform this plan and are likely to complete the case successfully:  The family's health is well managed and plan payments are lower and more manageable.

WHEREFORE, Debtor(s) request this Court enter its order continuing the automatic stay under §362(a) in this proceeding as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2) or a motion for relief is granted under §362(d).

> Respectfully submitted,
> /s/Monte J. White
> Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

A true and exact copy of the foregoing Motion and Notice of Hearing was served electronically by the ECF System or by First Class Mail on July 29, 2009 on all parties on the mailing matrix:

> /s/Monte J. White
> Attorney for Debtor(s)

```
Altus Finance Inc./ H & H Furni     Continental Credit                  IRS Special Procedures
310 W. Commerce                     SFC-Central Bankruptcy & Recove     55 N Robinson Stop 5024
P.O. Box 1129                       652 Bush River Rd. Suite 206        Oklahoma City, OK 73102
Altus, OK 73522                     Columbia, SC 29210


American Collection Services/Ja     Dean McGee Eye Institute            Jackson County Memorial Hospita
3100 Sw 59th St                     608 Stanton L. Young Blvd.          P.O. Box 8190
Oklahoma City, OK 73119             Oklahoma City, OK 73104             Altus, OK 73522


American Open MRI-Altus             First Premier Bank                  Jackson County Treasurer
1116 N. Main Street Suite M12       601 S Minnesota Ave                 PO Box 939
Altus, OK 73521                     Sioux Falls, SD 57104               Altus, OK 73522


Associated Credit Services, Inc     First Premier Bank                  Kimberly Ann Lee
P.O. Box 9100                       P.O. Box 2208                       1412 Adams
Hopkinton, MA 01748-9100            Vacaville, CA 95696                 Altus, OK 73521


Base Credit                         First State Bank of Altus           Lowes/MBGA
205 W. Broadway                     712 N Main St                       P.O. Box 530914
Altus, OK 73521                     Altus, OK 73521                     Atlanta, GA 30353-0914


Blossom Shop                        G M A C                             Monte J. White & Associates
410 East Broadway                   PO Box 130424                       1106 Brook Ave
Altus, OK 73521                     Roseville, MN 55113                 Wichita Falls TX  76301


Capital One Auto Finance            Heartland Ln                        Morningstar Emergency Phys
c/o Ascension Capital Group         1501 N Main St                      9301 S Western Ave
P.O. Box 201347                     Altus, OK 73521                     Oklahoma City, OK 73139-2728
Arlington, Texas 76006


Central State Recovery/JCMH         HSBC NV                             National Bureau of Collections,
1314 N Main St                      P.O. Box 19360                      5922 SE 15th Street
Hutchinson, KS 67501                Portland, OR 97280                  P.O. Box 10718
                                                                        Midwest City, OK 73140


Comanche County Memorial Hospit     Internal Revenue Service            Oklahoma Tax Commission
P O Box 289                         55 North Robinson Stop 5024         Bankruptcy Section
Lawton, OK 73502-0289               Oklahoma City, OK 73102             PO Box 53248
                                                                        Oklahoma City, OK 73152-3248


Community State Bank                Internal Revenue Service            Oklahoma Tax Commission
Attn: Bankruptcy Clerk              55 N. Robinson Stop 5024            PO Box 53248
PO Box 3910                         Oklahoma City, OK 73102             Oklahoma City, OK 73152-3248
Tupelo, MS 38803
```

```
Premier Bankcard/Charter          Western Shamrock Corp
PO Box 2208                       801 S Abe St
Vacaville, CA 95696               San Angelo, TX 76903



Rexco Drug-5991                   Works & Lentz, Inc.
1122 North Main St.               3030 Northwest Expressway
Altus, OK 73521                   Suite 225
                                  Oklahoma City, Oklahoma 73112-5



Reynaldo T Tolentino MD PA        World Acceptance Corp./Midweste
1015 Hillcrest Dr                 Attn: Bankruptcy Processing Cen
Vernon, TX 76384                  P.O. Box 6429
                                  Greenville, SC 29606



Robert Edward Lee, Jr.            World Acceptance Corporation/
1412 Adams                        Midwestern Loans, Inc.
Altus, OK 73521                   Attn: Bankruptcy Processing Cen
                                  P.O. Box 6429
                                  Greenville, SC 29606



Security Finance                  World Acceptance Corporation/
P.O. Drawer 811                   Midwestern Loans
Spartanburg, SC 29304             1521 Main St
                                  Vernon, TX 76384



Shamrock Bk
125 N Main
Coalgate, OK 74538



Silhouettes
340 Poplar Street
Hanover, PA 17331



Sun Loans
1511 N. Main
Altus, OK 73521



Sun Loans
201 N Spureon
Altus, OK 73521



Wells Fargo Bank NA
PO Box10335
Des Moines, IA 50306
```