Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | |
| Robert Edward Lee, Jr. | § Case No. |
| AND | § Chapter 13 |
| Kimberly Ann Lee | § |
| Debtor(s) | § |

## DEBTORS' AFFIDAVIT OF FACT

We, Robert Edward Lee, Jr. and Kimberly Ann Lee do hereby swear that our previous bankruptcy case 07-13289-NLJ-13 was dismissed for failure to make timely bankruptcy payments. We fell behind in our payments due to several medical afflictions to our family within the last year. In July 2008, our daughter was ordered to undergo a battery of tests for gallbladder attacks. In September 2008, Robert suffered from chest pains and doctors ordered several cardiac tests. Prior to our first filing, Kimberly lost an eye, and in March 2009, she had to replace her prosthetic eye due to infection. Kimberly is also seeing an orthopedist, who prescribed a series of Viscus shots in April 2009, in order to delay knee surgery. In May 2009, our daughter was admitted to the hospital for another gallbladder attack, She eventually had surgery in June 2009.

We believe that these medical issues are under control, and our bankruptcy payment has been lowered to a more feasible amount, so that we will be successful in our new bankruptcy filing.

If there should be any questions regarding this matter, please feel free to contact my attorney for further information.

/s/Robert Edward Lee, Jr.
Case No.

/s/Kimberly Ann Lee

State of Texas      )
                    )
County of Wichita   )

SIGNED UNDER OATH before me this the 20th day of July, 2009.

NOTARY PUBLIC

NANCY MCILVANIE
MY COMMISSION EXPIRES
September 12, 2012