

**Dated: August 21, 2009 13:43:18**

**The following is ORDERED:**

Niles Jackson
United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA
LAWTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Robert Edward Lee, Jr. | § | CASE NO. 09-13964-13 |
| AND | § | |
| Kimberly Ann Lee | § | |
| DEBTORS | § | |

### ORDER EXTENDING THE AUTOMATIC STAY

The Motion to Extend the Automatic Stay ("Motion") filed by the above debtors on July 29, 2009 comes before the Court for consideration having been duly set for hearing on August 18, 2009. Debtors' Counsel represents that the motion was filed on July 29, 2009, served on the appropriate parties in interest pursuant to Local Bankruptcy Rule 9007 and the last date for filing objections was August 17, 2009, which has passed with no objection thereto being filed and served. Based on the representations made in the Motion and the affidavit provided, it appears that good cause exists for extension of the automatic stay of Title 11 U.S.C. 362(a). Accordingly, pursuant to the provision of Title 11 U.S.C. 362(c)(3)(b), the automatic stay shall continue as to all creditors.

All statements of fact in this order are based on the representations of counsel.

# # # END OF ORDER # # #

Approved for entry:

PREPARED BY:

/s/Monte J. White
Monte J. White, Attorney for Debtor
Monte J. White & Associates, P.C.
1106 Brook Ave.
Wichita Falls, TX 76301
(940)723-0099
legal@montejwhite.com