

**Dated: March 30, 2012, 12:02 PM**

**The following is ORDERED:**

Niles Jackson
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 13 |
| Robert Edward Lee, Jr. | § | CASE NO. 09-13964 |
| AND | § | |
| Kimberly Ann Lee | § | |
| DEBTOR(S) | § | |
| | § | |

<u>ORDER ON MOTION TO MODIFY CHAPTER 13 PLAN</u>

Came on to be heard/considered Debtors' Motion to Modify the Chapter 13 Plan payment in the above styled and number case. Counsel represent that the motion was filed on 2/23/2012, and served on all parties in interest pursuant to Local Bankruptcy Rule 9007, and the last date for filing objections was 3/19/2012. No objections were filed, therefore, the motion should be granted.

1. Debtors are current through February 2012.

2. The payment will reduce to $888.000 beginning in March 2012. The base will reduce accordingly.

3.      Debtors' attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 which will be paid through the Plan by the Trustee.


IT IS SO ORDERED

                                         # # #

APPROVED FOR ENTRY:
/s/ Monte J. White                          /s/Robert Edward Lee, Jr.
Attorney for Debtor
Monte J. White & Associates, P.C.           /s/Kimberly Ann Lee
1106 Brook Ave,
Wichita Falls, TX 76301

/s/Linda Ruschenberg
Linda Ruschenberg, OBA #12842
Attorney for Chapter 13 Trustee
PO Box 1948
Oklahoma City, OK 73101
trustee@ch13okc.com
(405) 236-4843